

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00209-CV

_____

GORILLA SKATE CLOTHING INC AND LADISLAS MANDE, Appellants

V.

MERCHANT CASH CLOUD, Appellee

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2017-002810-2

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On November 1, 2018, we notified appellants that their brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have gotten no response.

Because appellants have failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal.

Per Curiam

Delivered: December 6, 2018